UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LABELS, INC., FLEX-PRINT, INC. and LABELS REALTY TRUST<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT DION, BANKNORTH GROUP, INC., as Successor in Interest to FIRST & OCEAN NATIONAL BANK; HEALEY, DESHAIES, GAGLIARDI & WOEFEL, P.C. and PHILLIPS, GUERSTEIN, HOLBER & CHANNEN, LLP<br><br>Defendants. | Case No.<br><br>**04-11770 JLT** |

### PLAINTIFF FLEX-PRINT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, plaintiff Flex-Print states that it has no parent corporation.

Flex-Print further states that no publicly held company owns 10% or more of its stock.

Respectfully submitted,

FLEX-PRINT

By its attorneys,

_____
William C. Nystrom (BBO #559656)
Dana A. Zakarian (BBO #641058)
NYSTROM BECKMAN & PARIS LLP
10 St. James Avenue, 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
(617) 778-9110 (fax)

Dated: August 13, 2004