UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LABELS, INC., FLEX-PRINT, INC. and LABELS REALTY TRUST<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT DION, BANKNORTH GROUP, INC., as Successor in Interest to FIRST & OCEAN NATIONAL BANK; HEALEY, DESHAIES, GAGLIARDI & WOEFEL, P.C. and PHILLIPS, GUERSTEIN, HOLBER & CHANNEN, LLP<br><br>Defendants. | Case No.<br><br>**04-11770 JLT** |

## PLAINTIFF LABELS REALTY TRUST'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, plaintiff Labels Realty Trust states that it has no parent corporation. Labels Realty Trust further states that no publicly held company owns 10% or more of its stock.

Respectfully submitted,

LABELS REALTY TRUST

By its attorneys,

_____
William C. Nystrom (BBO #559656)
Dana A. Zakarian (BBO #641058)
NYSTROM BECKMAN & PARIS LLP
10 St. James Avenue, 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
(617) 778-9110 (fax)

Dated: August 13, 2004