UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LABELS, INC., FLEX-PRINT, INC. and LABELS REALTY TRUST<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT DION, BANKNORTH GROUP, INC., as Successor in Interest to FIRST & OCEAN NATIONAL BANK; HEALEY, DESHAIES, GAGLIARDI & WOEFEL, P.C. and PHILLIPS, GUERSTEIN, HOLBER & CHANNEN<br><br>Defendants. | Case No.<br><br>04-11770 JLT |

## PLAINTIFFS' MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER

Pursuant to Mass. R. Civ. P. 4(c), the Plaintiffs, Labels, Inc., Flex-Print, Inc. and Labels Realty Trust, move for an order appointing Beacon Hill Research Associates as special process server in the above-captioned action for all purposes contemplated by Mass. R. Civ. P. 4.

Service of process will be made by a disinterested person over the age of 18.

Respectfully submitted,

LABELS, INC., FLEX-PRINT, INC.,
AND LABELS REALTY TRUST

By their attorneys,

_____
William C. Nystrom (BBO #559656)
Dana A. Zakarian (BBO #641058)
NYSTROM BECKMAN & PARIS LLP
10 St. James Avenue, 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
(617) 778-9110 (fax)

Dated: August 13, 2004