UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 04-11770 JLT

LABELS, INC., FLEX-PRINT, INC. and )
LABELS REALTY TRUST )
              Plaintiffs, )
v. )
  )
ROBERT DION, BANKNORTH GROUP, )
INC., as Successor in Interest to FIRST & )
OCEAN NATIONAL BANK; HEALEY, )
DESHAIES, GAGLIARDI & )
WOEFEL, P.C.; and PHILLIPS, )
GUERSTEIN, HOLBER & )
CHANNEN LLP )
             Defendants. )

## NOTICE OF APPEARANCE

Please enter the appearance of David J. Hatem, PC and Nancy M. Reimer, Esq., as attorneys for the defendant, HEALEY DESHAIES GAGLIARDI & WOELFEL, P.C., in connection with the above-entitled action.

Respectfully submitted,

HEALEY DESHAIES GAGLIARDI & WOELFEL, P.C.
By their attorneys,

_____
David J. Hatem, PC, BBO #225700
Nancy M. Reimer, Esq., BBO #555373
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

Date: September 1, 2004

00858838