UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LABELS, INC., FLEX-PRINT, INC. and<br>LABELS REALTY TRUST<br><br>v.<br><br>ROBERT DION, BANKNORTH GROUP, INC.,<br>as Successor in Interest to<br>FIRST & OCEAN NATIONAL BANK; HEALY,<br>DESHAIES, GAGLIARDI & WOEFEL, P.C.; and<br>PHILLIPS, GUERSTEIN, HOLBER &<br>CHANNEN LLP<br>    Defendants. | Case No. 04-CV-11770-JLT |

**ASSENTED TO MOTION FOR EXTENSION OF TIME FOR HEALY, DESHAIES, GAGLIARDI & WOEFEL, P.C. TO FILE ANSWER TO COMPLAINT**

Defendant Healy, Deshaies, Gagliardi & Woefel, P.C. ("Healy") hereby files this motion for an extension of time until September 30, 2004, for Healy to file an answer to the complaint in the above-captioned case. The plaintiffs assent to this motion.

Respectfully submitted,

HEALY, DESHAIES, GAGLIARDI &
WOEFEL, P.C.

By its attorneys,

_____
David J. Hatem, BBO # 225700
Nancy M. Reimer, BBO # 555373
Douglas M. Marrano, BBO # 644030
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

        LABELS, INC.; FLEX-PRINT, INC.; and
        LABELS REALTY TRUST

        By their attorneys,


        _____
        William C. Nystrom (BBO #559656)
        Dana A. Zakarian (BBO #641058)
        NYSTROM BECKMAN & PARIS LLP
        10 St. James Avenue, 16th Floor
        Boston, MA 02116
        (617) 778-9100
        (617) 778-9110 (fax)

Dated: September 9, 2004

00860273

## CERTIFICATE OF SERVICE

I, Douglas Marrano, hereby certify that on this 9th day of September, 2004, I have given notice of the above Answer of the Defendant, Healy, Deshaies, Gagliardi & Woefel, P.C., by mailing a copy thereof, postage prepaid to counsel of record, as designated in the service list.

_____
Douglas Marrano

**SERVICE LIST**

Dana A. Zakarian
William C. Nystrom
Nystrom Beckman & Paris LLP
10 St. James Avenue, 16th Floor
Boston, MA 02116

Anthony D. Mirenda, Esq.
Foley, Hoag & Eliot
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600

Michael Gottfried, Esq.
Terry Segal, Esq.
Katherine Y. Fergus, Esq.
Duane Morris LLP
470 Atlantic Avenue
Boston, MA 02210

George Rockas, Esq.
Wilson, Elser, Moskowitz Edelman & Dicker LLP
155 Federal Street
Boston, MA 02110

Lee T. Gesmer, Esq.
Gesmer Updegrove LLP
40 Broad Street
Boston, MA 02109