UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LABELS, INC., FLEX-PRINT, INC. and<br>LABELS REALTY TRUST<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT DION, BANKNORTH GROUP, INC.,<br>as Successor in Interest to<br>FIRST & OCEAN NATIONAL BANK<br>HEALEY, DESHAIES, GAGLIARDI &<br>WOEFEL, P.C., and PHILLIPS, GUERSTEIN,<br>HOLBER & CHANNEN LLP<br><br>Defendants. | Civil Action No. 04-11770 JLT |

## ASSENTED TO MOTION TO ENLARGE
## TME FOR RESPONDING TO COMPLAINT

The defendant Robert Dion ("Dion") hereby moves for an extension of time until September 30, 2004, for Dion to file an Answer or responsive pleading in the above captioned case. The plaintiff assent to this motion.

Respectfully submitted,

_____
Lee T. Gesmer (BBO No. 190260)
Joseph J. Laferrera (BBO No. 564572)
Kurt E. Bratten (BBO No. 644730)
Gesmer Updegrove, LLP
40 Broad Street
Boston, MA 02109
(617) 350-6800

COUNSEL FOR ROBERT DION

_____
William C. Nystrom, Esq.
Nystrom Beckman & Paris LLP
10 St. James Avenue, 16th Floor
Boston, MA 02116
617-778-9100

COUNSEL FOR PLAINTIFFS

Dated: September 13, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail / by hand.

Date 9/13/04 _____

## SERVICE LIST

William C. Nystrom, Esq.
NYSTROM BECKMAN & PARIS LLP
10 Saint James Avenue, 16th Floor
Boston, MA 02118
(617) 778-9100

Attorneys for Plaintiff

Lee T. Gesmer, Esq.
GESMER UPDEGROVE LLP
40 Broad Street
Boston, MA 02109
(617) 350-6800

Attorneys for Defendant Robert Dion

Anthony D. Mirenda, Esq.
FOLEY, HOAG & ELIOT
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
(617) 832-1220

Attorneys for Defendant Banknorth Group, Inc. As Successor In Interest To First & Ocean National Bank

Nancy M. Reimer, Esq.
DONOVAN HATEM LLP
Two Seaport Lane, Boston MA 02210
(617) 406-4521

Attorneys for Defendant Healey, Deshaies, Gagliardi & Woefel, P.C.

Michael Gottfried, Esq.
Terry Segal, Esq.
Katherine Y. Fergus, Esq.
DUANE MORRIS LLP
470 Atlantic Avenue
Boston, MA 02210
(617) 289-9212

Counsel for Phillips, Gerstein, Holber & Channen, LLP