UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LABELS, INC., FLEX-PRINT, INC.<br>and LABELS REALTY TRUST<br>　　　Plaintiffs,<br>v.<br><br>ROBERT DION, BANKNORTH GROUP, INC.,<br>as Successor in Interest to<br>FIRST & OCEAN NATIONAL BANK;<br>HEALEY, DESHAIES, GAGLIARDI &<br>WOEFEL, P.C.; and PHILLIPS, GERSTEIN,<br>HOLBER & CHANNEN, LLP<br>　　　Defendants. | C.A. No. 04-11770-JLT |

## ASSENTED TO MOTION TO ENLARGE TIME FOR RESPONDING TO COMPLAINT

Defendant Phillips, Gerstein, Holber & Channen ("Defendant"), moves for an order enlarging the time for it to answer or otherwise respond to the Complaint to and including October 22, 2004. Counsel for Defendant and counsel for plaintiff have been engaged in an extensive Local Rule 7.1 discussion in connection with Defendant's responsive pleading necessitating this request for an enlargement of time to which counsel for the plaintiff assents.

**WHEREFORE**, Defendant respectfully requests that the Court enlarge the time for it to answer or otherwise respond to the Complaint to and including October 22, 2004.

Respectfully Submitted,

PHILLIPS, GERSTEIN, HOLBER &
CHANNEN, LLP,
By its attorneys,

/s/ _____
Terry P. Segal, BBO# 450760
Michael R. Gottfried, BBO# 542156
Katherine Y. Fergus, BBO# 637989
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
(617) 289-9200

Dated: _____, 2004

BOS\110605.1

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2004, a true copy of the above document was served by first class mail upon the attorneys of record set forth in the attached service list.

_____
Katherine Young Fergus

## SERVICE LIST

William C. Nystrom
NYSTROM BECKMAN & PARIS LLP
10 St. James Avenue, 16th Floor
Boston, MA 02116
(617) 778-9100

Attorneys for Plaintiff

Lee T. Gesmer, Esq.
GESMER UPDEGROVE LLP
40 Broad Street
Boston, MA 02109
617-350-6800

Attorneys for Defendant Robert Dion

Anthony D. Mirenda, Esq.
FOLEY, HOAG & ELIOT
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
617.832.1220

Attorneys for Defendant Banknorth Group, Inc. As Successor In Interest To First & Ocean National Bank

Nancy M. Reimer
DONOVAN HATEM LLP
Two Seaport Lane, Boston MA 02210
617-406-4521

Attorneys for Defendant Healey, Deshaies, Gagliardi & Woefel, P.C.

**Duane Morris**
1904-2004
100th Anniversary

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
DETROIT
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
WESTCHESTER

KATHERINE Y. FERGUS
DIRECT DIAL: 617.289.9253
E-MAIL: kyfergus@duanemorris.com

www.duanemorris.com

September 28, 2004

**VIA FIRST CLASS MAIL**

Civil Clerk's Office
United States District Court
1 Courthouse Way
Boston, MA 02210

Re:   Labels, Inc., et al. v. Dion, et al., U.S.D.C., D.Mass., No. 04-11770-JLT

Dear Sir or Madam:

Enclosed for filing please find Defendant's Assented To Motion To Enlarge Time For Responding To Complaint.

Very truly yours,

Katherine Y. Fergus

KYF/kd
Enclosure
cc:   Michael R. Gottfried, Esq. (without enclosure)
      Herbert P. Phillips, Esq. (with enclosure)
      Lora M. McSherry, Esq. (with enclosure)
      Terry P. Segal, Esq. (without enclosure)
      Service List (with enclosure)

---

DUANE MORRIS LLP

470 ATLANTIC AVENUE, SUITE 500   BOSTON, MA 02210                PHONE: 617.289.9200  FAX: 617.289.9201