UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 SEP 29 P 12: 59

U.S. DISTRICT COURT
DISTRICT OF MASS.

LABELS, INC., FLEX-PRINT, INC. and )
LABELS REALTY TRUST )
)
)
        Plaintiffs, )    Case No. 04-11770
)
v. )
)
ROBERT DION, BANKNORTH GROUP, INC., )
as Successor in Interest to )
FIRST & OCEAN NATIONAL BANK; )
HEALEY, DESHAIES, GAGLIARDI & )
WOEFEL, P.C. and PHILLIPS, GUERSTEIN, )
HOLBER & CHANNEN )
)
        Defendants. )
)

## NOTICE OF DISMISSAL

To:

**Healey, DeShaies, Gagliardi & Woefel P.C.**
By its counsel:
David J. Hatem, Esq.
Nancy C. Reimer, Esq.
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210

**Phillips, Gerstein, Holber and Channen LLP**
By its counsel:
Katherine Young Fergus, Esq.
Duane Morris LLP
470 Atlantic Ave., Suite 500
Boston, MA 02210

**Banknorth Group, Inc.**
By its counsel:
Anthony D. Mirenda, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210

**Robert Dion**
By his counsel:
Lee T. Gesmer, Esq.
Gesmer and Updegrove LLP
40 Broad St.
Boston, MA 02109

    Please take notice that pursuant to Fed. R. Civ. P. 41 plaintiffs, Labels, Inc., Flex-Print, Inc., and Labels Realty Trust, discontinue the above-entitled action and dismiss the complaint without prejudice.

Dated: September 29, 2004

        Respectfully submitted,

        LABELS, INC., FLEX-PRINT, INC.,
        AND LABELS REALTY TRUST

        By their attorneys,

        _____
        William C. Nystrom (BBO #559656)
        Dana A. Zakarian (BBO #641058)
        NYSTROM BECKMAN & PARIS LLP
        10 St. James Avenue, 16th Floor
        Boston, Massachusetts 02116
        (617) 778-9100
        (617) 778-9110 (fax)